UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

October 14, 2015

No. 14-4583

BOBBI-JO SMILEY; AMBER BLOW;
KELSEY TURNER,
Appellants

v.

E.I. DUPONT DE NEMOURS AND COMPANY;
ADECCO USA, INC.

(M.D. Pa. No. 3-12-cv-02380)

Present:  RENDELL, Circuit Judge

Motion by Appellants to amend the Court's Opinion to correct the firm name of Appellants' Counsel to "MoreMarrone".

Respectfully,
Clerk/awi

_____ORDER_____

The foregoing Motion is **granted** and the Clerk shall amend the opinion to reflect the correct name of counsel Thomas More Marrone's firm name which is "MOREMARRONE".  The opinion is amended as follows:

Thomas M. Marrone, Esq. [ARGUED]
MOREMARRONE
1601 Market Street
#2500
Philadelphia, PA 19103

By the Court,

s/ MARJORIE O. RENDELL
Circuit Judge

Dated:    15 December 2016
AWI/CC:    TMM
             PVP
             ALB
             DSF
             ERM
             RG